821 F.2d 1427
 William H. GILARDY, Jr., Special Administrator of the Estate
of David Lee Thompson; Frank W. Thompson; Dorie
Thompson; and Kim M. Thompson,
Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 84-2269.
 United States Court of Appeals,
Ninth Circuit.
 July 15, 1987.
 
 Luce, Forward, Hamilton & Scrip and Donald L. Salem, San Diego, Cal., for plaintiffs-appellants.
 Richard K. Willard, Acting Asst. Atty. Gen., Honolulu, Hawaii; Phillip A. Berns, and Warren A. Schneider, Trial Atty., San Francisco, Cal., for defendant-appellee.
 Before FARRIS, PREGERSON and BEEZER, Circuit Judges.
 
 
 1
 Prior report: 9 Cir., 787 F.2d 469.
 
 ORDER
 
 2
 In light of the United States Supreme Court's recent opinion in United States v. Johnson, --- U.S. ----, 107 S.Ct. 2063, 95 L.Ed.2d 648 (1987), the judgment of the district court in this case is AFFIRMED.